# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOSHUA KIRKWOOD, et al, ) | |
| ) | |
| v. ) | Civil Case No. 3:13-0895 |
| ) | Judge Trauger |
| AMERIDOSE, LLC, et al. ) | |

## O R D E R

Pursuant to the Conditional Transfer Order (CTO-19) of the Judicial Panel on Multidistrict Litigation, MDL No. 2419, this case is hereby transferred to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to close the case and electronically transmit the record to the United States District Court for the District of Massachusetts.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE